Mary S. Young, a Stockholder and Policyholder of the Equitable Life Assurance Society of the United States, Who Sues on Behalf of Herself and All Others Similarly Situated, Respondent, v. The Equitable Life Assurance Society of the United States and Others, Appellants.— Interlocutory judgment affirmed, with costs, with. leave to defendants to withdraw their demurrers and answer upon payment of costs of demurrer and of the appeal to this court. No opinion. All concurred.

Mary S. Young, a Stockholder and Policyholder of the Equitable Life Assurance Society of the United States, Who Sues on Behalf of Herself and All Others Similarly Situated, Respondent, v. The Equitable Life Assurance Society of the United States and Others, Appellants.— Motion for leave to go to Court of Appeals granted, and the following questions of law certified to the Court of Appeals as questions of law which ought to be reviewed by said court: 1. Does the complaint state facts sufficient to constitute a cause of action against the defendant Charles B. Alexander? 2. Does the complaint state facts sufficient to constitute a cause of action against the defendant Henry M. Alexander? 3. Does the complaint state facts sufficient to constitute a cause of action against the defendant William Alexander? 4. Does the complaint state facts sufficient to constitute a cause of action against the defendant James W. Alexander? 5. Does the complaint state facts sufficient to constitute a cause of action against the defendant August Belmont? 6. Does the complaint state facts sufficient to constitute a cause of action against the defendant Cornelius N. Bliss? 7. Does the complaint state facts sufficient to constitute a cause of action against the defendant C. Ledyard Blair? 8. Does the complaint state facts sufficient to constitute a cause of action against the defendant Alexander J. Cassatt? 9. Does the complaint state facts sufficient to constitute a cause of action against the defendant Thomas De Witt Cuyler? 10. Does the complaint state facts sufficient to constitute a cause of action against the defendant Henry C. Deming? 11. Does the complaint state facts sufficient to constitute a cause of action against the defendant Chauncey M. Depew? 12. Does the complaint state facts sufficient to constitute a cause of action against the defendant Louis Fitzgerald? 13. Does the complaint state facts sufficient to constitute a cause of action against the defendant Marcellus M. Dodge? 14. Does the complaint state facts sufficient to constitute a cause of action against the defendant James S. Forgan? 15. Does the complaint state facts sufficient to constitute a cause of action against the defendant Henry C. Frick? 16. Does the complaint state facts sufficient to constitute a cause of action against the defendant George J. Gould? 17. Does the complaint state facts sufficient to constitute a cause of action against the defendant Henry C. Haarstick? 18. Does the complaint state facts sufficient to constitute a cause of action against the defendant Edward H. Harriman? 19. Does the complaint state facts sufficient to constitute a cause of action against the defendant James J. Hill? 20. Does the complaint state facts sufficient to constitute a cause of action against the defendant Bradish Johnson? 21. Does the complaint state facts sufficient to constitute a cause of action against the defendant Thomas A. Jordan? 22. Does the complaint state facts sufficient to constitute a cause of action against the defendant Alvin W. Krech? 23. Does the complaint state facts sufficient to constitute a cause of action against the defendant Joseph T. Low? 24. Does the complaint state facts sufficient to constitute a cause of action against the defendant John J. McCook? 25. Does the complaint state facts sufficient to constitute a cause of action against the defendant William H. McIntyre? 26. Does the complaint state facts sufficient to constitute a cause of action against the defendant Darius O. Mills? 27. Does the complaint state facts sufficient to constitute a cause of action against the defendant David H. Moffat? 28. Does the complaint state facts sufficient to constitute a cause of action against the defendant Levi P. Morton? 29. Does the complaint state facts sufficient to constitute a cause of action against the defendant Jacob H. Schiff? 30. Does the complaint state facts suf-

ficient to constitute a cause of action against the defendant Charles S. Smith? 31. Does the complaint state facts sufficient to constitute a cause of action against the defendant Valentine P. Snyder? 32. Does the complaint state facts sufficient to constitute a cause of action against the defendant George H. Squire? 33. Does the complaint state facts sufficient to constitute a cause of action against the defendant Alfred G. Vanderbilt? 34. Does the complaint state facts sufficient to constitute a cause of action against the defendant William G. Van Horne? 35. Does the complaint state facts sufficient to constitute a cause of action against the defendant George T. Wilson? 36. Are causes of action improperly united in the complaint, as alleged in the said defendants' several demurrers? 37. Is there a misjoinder of parties plaintiff, as alleged in the said defendants' several demurrers?